AO 240 (1/94)

# United States District Court

_____ DISTRICT OF __Massachusetts__

Maria Rodriguez, Individually and as
Administratrix of the Estate of Jose Rodriguez
         Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

Victor Montalvo and Carmen Solis
         Defendant

CASE NUMBER: **04-40224**

I, __Maria Rodriguez__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [ ] Yes    [X] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. My last date of employment was 1/23/03 at AeroPlastics, 163 Pioneer Drive, Leominster, MA 01453. My take home salary was $270 per week.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [X] No
   b. Rent payments, interest or dividends    [ ] Yes    [X] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [X] No
   d. Disability or workers compensation payments    [ ] Yes    [X] No
   e. Gifts or inheritances    [ ] Yes    [X] No
   f. Any other sources    [X] Yes    [ ] No

   **If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.** I receive $430 per month in public assistance for my grandson Antonio Garcia in the form of TAFDC benefits. My live-in companion, Jorge Caberera, also helps me with my daily living expenses. He works at Newark America in Fitchburg and makes $860 every two weeks.

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☒ Yes   ☐ No

   If "Yes" describe the property and state its value. I jointly own a 1999 Mercury Sable – purchased in 1998 for $11,000 with a loan. The monthly loan payments are approximately $280 and there is approximately $4,000 left on the loan.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Provide food, clothing and shelter for Eliana Rodriguez (daughter) and Antonio Garcia (grandson).

I declare under penalty of perjury that the above information is true and correct.

10/27/04
DATE

_____
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____ . I further certify that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's average balance was $ _____ .

_____        _____
DATE                    SIGNATURE OF AUTHORIZED OFFICER