UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MONTALVO and CARMEN SOLIS<br><br>Defendants. | CIVIL ACTION NO.<br><br>04-40224-NMG |

PLAINTIFF'S (EX PARTE) MOTION FOR TEMPORARY
RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, through counsel, hereby requests this Court to issue the accompanying proposed ex parte temporary restraining order freezing any proceeds of the sale and mortgage of certain real property that has been fraudulently transferred as described below, pending hearing and determination of Plaintiff's Motion for Preliminary Injunction. Plaintiff is also requesting the Court to require Defendants to provide an accounting of these proceeds.

As grounds for this Motion, Plaintiff submits a Verified Complaint, supporting Memorandum of Reasons and proposed Order, and states:

1. Plaintiff is likely to succeed on the merits of her fraudulent transfer claim. After Plaintiff filed a fair housing action against Defendant Montalvo in this court (Civil Action No. 02-40139 (NMG)), Defendant Montalvo transferred his valuable property interest in 30 Mt. Pleasant Avenue, Leominster, MA to his mother (Defendant Solis) for nominal consideration, even though he was unable to meet his daily living expenses at the time.

1

2.  Plaintiff will suffer irreparable harm absent a temporary restraining order and injunction. Plaintiff has recently learned that Defendant Solis mortgaged and subsequently transferred the Mt. Pleasant Avenue property to a good faith purchaser for value. Absent an injunction freezing the proceeds of the mortgage and sale, Plaintiff will be unable to recover on any judgment she receives in Civil Action No. 02-40139. Defendant Montalvo has no other assets of appreciable value, except another piece of real property upon which he has placed a homestead (also after the initiation of Civil Action No. 02-40139).

3.  The balance of the relevant equities, and consideration of the public interest, support issuance of a temporary restraining order and injunction in this case. If the court does not grant the requested relief, Defendants will surely spend any remaining proceeds or take further steps to place them beyond the reach of Plaintiff. Plaintiff is unaware of the present location of the proceeds or how they are being used, but states that any hardship to Defendants is minimal as compared to the harm to Plaintiffs in this case. As a matter of public interest, defendants in civil rights cases should not be permitted to engage in fraudulent transfers to prevent plaintiffs from being able to recover damages before a trial has been held.

4.  Plaintiff further states that an ex parte temporary restraining order is necessary in this case because immediate and irreparable injury will result to Plaintiff if notice is given to Defendants or their counsel. Defendants have already engaged in multiple acts of fraud during the pendency of Civil Action No. 02-40139 (NMG). Defendant Montalvo transferred a one-half interest in the Mt. Pleasant Avenue property to his mother after suit was filed. Significantly, Defendant Montalvo then transferred his remaining one-half interest to his mother **the day after the undersigned counsel advised him of Plaintiff's intention to seek a pre-judgment**

**attachment** in the case (which was ultimately allowed by the court in the amount of $75,000.00). Furthermore, after Defendant Montalvo's first counsel was disqualified by the Court, that very same disqualified counsel assisted Defendant Solis in transferring the Mt. Pleasant Avenue property to a good faith purchaser for value.

WHEREFORE, the Plaintiff requests the Court to issue the accompanying proposed ex parte temporary restraining order and, after notice to the opposing parties and a hearing, issue a preliminary injunction with the same or similar terms and conditions.

                                                PLAINTIFF
                                                By her attorneys,

                                                Jonathan L. Mannina, BBO # 636492
                                                Sergio E. Carvajal, BBO#645276
                                                Legal Assistance. Corp. of Central Mass.
                                                405 Main Street
                                                Worcester, MA 01608
                                                Tel: (508) 752-3718
                                                Fax: (508) 752-5918

Dated: _____