UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIA RODRIGUEZ, Individually and as )
Administratrix of the Estate of Jose Rodriguez )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO.
)
VICTOR MONTALVO and ) 04-40224
CARMEN SOLIS )
)
Defendants. )

PROPOSED ORDER

**GORTON, J.**

This matter came to be heard upon the plaintiff's ex parte motion for a temporary restraining order, supported by a verified complaint and a memorandum of reasons, from which it appears that defendants have engaged in fraudulent acts designed to prevent plaintiff from recovering on any judgment entered in her favor in Civil Action No. 02-40139 (NMG), and will continue to do so unless restrained by order of this Court, and that immediate and irreparable injury, loss, or damage will result to plaintiff before notice can be given and defendants and their attorney can he heard in opposition to the granting of a temporary restraining order.

IT IS THEREFORE ORDERED that the defendants be temporarily restrained and enjoined from withdrawing, transferring, spending, lending, liquidating, or otherwise disposing of or encumbering any of the proceeds of the sale and mortgage of the real property located at 30

Mount Pleasant Avenue, Leominster, Massachusetts, pending the hearing and determination of plaintiff's motion for preliminary injunction.

IT IS FURTHER ORDERED that plaintiff's motion for preliminary injunction shall be heard before this Court at the United States District Court, _____, at _____ on the _____ day of _____, 2004.

IT IS FURTHER ORDERED that, at said hearing, defendants provide a full accounting of the proceeds of the sale of 30 Mount Pleasant Avenue, Leominster, Massachusetts from June 1, 2004 to the date of said hearing, and a full accounting of the proceeds of the mortgage of 30 Mount Pleasant Avenue, Leominster, Massachusetts from February 9, 2004 to the date of said hearing, including an explanation of how said proceeds have been spent and the exact whereabouts of any remaining proceeds.

IT IS FURTHER ORDERED that this temporary restraining order shall expire at _____ on the _____ day of _____, 2004, unless it is further extended by order of this Court.

IT IS FURTHER ORDERED that copies of this order, and of plaintiff's verified complaint, motion, and memorandum of reasons, together with proper summons issued by the clerk of this court, be immediately served by the United States Marshall upon the defendants.

**Issued at** _____**, 2004.**

                                                       Nathaniel M. Gorton
                                                       United States District Judge