United States District Court
District of Massachusetts

| | |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR MONTALVO and CARMEN SOLIS,<br><br>    Defendants. | Civil Action No.<br>04-40224-NMG |

**ORDER**

GORTON, J.

    Plaintiff has filed an ex parte motion for a temporary restraining order which is supported by a verified complaint and a memorandum of reasons. On the basis of the pleadings, it appears that Defendants have engaged in fraudulent acts designed to prevent Plaintiff from recovering any prospective judgment entered in her favor in Civil Action No. 02-40139 and will continue to do so unless restrained by Order of this Court. It also appears that immediate and irreparable injury may result to Plaintiff if prior notice is given to Defendants and their attorney.

    Therefore, the Defendants are hereby temporarily restrained and enjoined from withdrawing, transferring, spending, lending,

liquidating, or otherwise disposing of or encumbering up to $75,000 of the proceeds of the sale and mortgage of the real property located at 30 Mount Pleasant Avenue, Leominster, Massachusetts, pending a hearing and determination of Plaintiff's motion for a preliminary injunction.

Plaintiff's motion for a preliminary injunction shall be heard before this Court at the John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA, Courtroom #4, on Wednesday, November 10, 2004 at 10:00 a.m. At said hearing the Defendants are further directed to provide a full accounting of the proceeds of the sale of 30 Mount Pleasant Avenue, Leominster, Massachusetts from February 9, 2004 to date, including an explanation of how said proceeds have been disbursed and the exact whereabouts of any remaining proceeds.

Copies of this Order and of Plaintiff's verified complaint, motion, memorandum of reasons, together with proper summons issued by the Clerk of the Court, shall be immediately served by the Deputy United States Marshal upon the Defendants.

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated November 4, 2004