UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Maria Rodriguez, Individually and as Administratrix of the Estate of Jose Rodriguez,<br>　　　Plaintiff(s)<br><br>v.<br><br>Victor Montalvo and Carmen Solis,<br>　　　Defendant(s) | CIVIL ACTION NO.:<br>04-40224-NMG |

## SUGGESTION OF BANKRUPTCY

　　Now comes Victor M. Montalvo and suggest that he filed for protection under Chapter 13 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Massachusetts on November 9, 2004, Docket No. 04-46323-JBR. Attachment A.

　　WHEREFORE, Victor M. Montalvo, request that this suggestion serve as notice of the stay against continuance of this action against the defendant as set forth in 11 U.S.C. 362, and that any further proceeding against the said defendants in this Court be discontinued without further notice.

　　　　　　　　　　　　　　　　　　　　Victor M. Montalvo
　　　　　　　　　　　　　　　　　　　　By his Attorney,

　　　　　　　　　　　　　　　　　　　　/s/ David M. Nickless
　　　　　　　　　　　　　　　　　　　　David M. Nickless, Esq.
　　　　　　　　　　　　　　　　　　　　Nickless and Phillips, PC
　　　　　　　　　　　　　　　　　　　　495 Main Street
　　　　　　　　　　　　　　　　　　　　Fitchburg, MA 01420
　　　　　　　　　　　　　　　　　　　　(978) 342-4590
　　　　　　　　　　　　　　　　　　　　BBO No. 371920

## CERTIFICATE OF SERVICE

I, Janice G. Marsh, do hereby certify that I served a copy of the within Suggestion of Bankruptcy by mailing the same this day postage prepaid to the party indicated below.

Jonathan L. Mannina, Esq.
Legal Assistance Corporation
of Central Massachusetts
405 Main St.
Worcester, MA 01608
*Counsel to Plaintiff*

Patrick R. Bunnell, Esq.
Dombrowski, Avenie & Bunnell
6 Grove Avenue
Leominster, MA 01453

Dated: 11/9/04

David M. Nickless