**Open New Bankruptcy Case**

United States Bankruptcy Court

District of Massachusetts

Notice of Bankruptcy Case Filing

The following transaction was received from Nickless, David M. entered on 11/9/2004 at 3:23 PM EST and filed on 11/9/2004
Case Name:      Victor M Montalvo
Case Number:    04-46323
Document Number: 1

Docket Text:
Chapter 13 Voluntary Petition with deficiencies. Filing Fee in the Amount of $194 Filed by Victor M Montalvo. (Attachments: # (1) Declaration of Electronic Filing) (Nickless, David)

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: E:\SHARED\BANKRUPT\Montalvo, Victor\Voluntary Petition - Pages 1, 2 & Atty Comp.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=1021399670 [Date=11/9/2004] [FileNumber=2842986-0
] [30eabc40eeeffb974c7507787dda628fb225694eaebb84073f7b206ef3f8ed30ee4
9012fcbb71f71e7593b4a63431b67bb8912c0aae004d6dbc68048132a2a22]]
Document description: Declaration of Electronic Filing
Original filename: E:\SHARED\BANKRUPT\Montalvo, Victor\Efiling Dec.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=1021399670 [Date=11/9/2004] [FileNumber=2842986-1
] [711d340d0f814e3236d441b9f332d7d210872a8a46642978610ec73ee5f146f9f5b
ed39397f5ae006a80366e8ebc2982cb1e9cc9144d532803720ff381088e59]]

**04-46323 Notice will be electronically mailed to:**

David M. Nickless    dnickless.nandp@verizon.net

**04-46323 Notice will not be electronically mailed to:**