U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF [illegible]

COURT CASE NUMBER [illegible]

DEFENDANT [illegible]

TYPE OF PROCESS

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Victor Montalvo

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1134 Northfield Road [illegible], MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

[illegible]

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

[illegible] 1134 [illegible] 47 Salem Street, [illegible], MA [illegible]

Signature of Attorney or other Originator requesting service on behalf of: [signature]

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER [illegible]

DATE [illegible]

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 038 | No. 038 | [signature] | 11/4/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
Unable to serve at 1134 Northfield Rd. There was other process in the door at this residence, also many animals (Dogs) on premisis. Copy was left at 47 Salem St. as requested.

Date of Service 11/5/04

Time 1330 am (pm)

Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
No answer at either residence. 1134 Northfield had court + legal documents for Lori Oitman in door. Dogs outside and inside. 47 Salem St. also had mail all over porch. Copy was left

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
CLERKS OFFICE

DISTRICT OF Massachusetts

2004 NOV 17 A 10: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

Maria Rodriguez, Individually and as Administratrix for the Estate of Jose Rodriguez

V.

Victor Montalvo and Carmen Solis

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of defendant)

Victor Montalvo
1134 Northfield Road
Lunenburg, MA 01462

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan L. Mannina
Legal Assistance Corporation of Central Massachusetts
405 Main Street
Worcester, MA 01608

an answer to the complaint which is herewith served upon you, within 20 days service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be t against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court wi reasonable period of time after service.

**TONY ANASTAS**

CLERK

November 4, 2004

DATE

Kathleen Hassett

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 11/05/2004 |
|---|---|
| NAME OF SERVER (PRINT) Cynthia DeCaire | TITLE Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☒ Returned unexecuted: No answer at 1134 Northfield Rd, Lunenburg, MA or 47 Salem St, Fitchburg, MA. Left copy at 47 Salem St as requested.

☐ Other *(specify)*: ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/16/04
*Date*

DUSM Cynthia DeCaire
*Signature of Server*

UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, MA 01608
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.