U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARIA RODRIGUEZ | 04-40224-NMG |
| DEFENDANT | TYPE OF PROCESS |
| VICTOR MONTALVO and CARMEN SOUSA | |

FILED 2004 NOV 17 A 10:20

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CARMEN SOUSA

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
4435 N. 78th Street #112A Scottsdale, Arizona 85251

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

[illegible]

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

[illegible]

RECEIVED U.S. MARSHAL SVC 2004 NOV 10 PM 1:57

508-752-7518 Fax.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | 508-752-3718 X3009 | 11-4-04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 038 | No. | Ruth E. May | 11/4/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
4435 N. 78th St, #112A
Scottsdale, AZ 85251

Date of Service: 11-9-04 Time: 4:30 am / (pm)

Signature of U.S. Marshal or Deputy: Terrie Swann

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $135.00 | 55.50 | 8.00 | $198.50 | | | |

REMARKS:
Address is 4435 N. 78th ST, #112A 85251 SCOTTSDALE, AZ (50mi RT)
Subject did not return calls on 11/8 480-429-3980
ETS 3:00pm 11-8-04 No one home. Left note.
ETS 5:00pm 11-8-04 No one home. Note still there.
I Did call on 11-9-04 @ Above Address. She speaks only SPANISH - NO ENGLISH

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

Maria Rodriguez, Individually and as Administratrix for the Estate of Jose Rodriguez

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Victor Montalvo and Carmen Solis

TO: (Name and address of defendant)

Carmen Solis
4435 78th Street
Scottsdale, Arizona 85251-2514

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan L. Mannina
Legal Assistance Corporation of Central Massachusetts
405 Main Street
Worcester, MA 01608

an answer to the complaint which is herewith served upon you, within 20 days service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be t against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court wi reasonable period of time after service.

TONY ANASTAS
CLERK

DATE November 4, 2004

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 11-9-04 |
|---|---|
| NAME OF SERVER (PRINT) TERRIE SWANN | TITLE SDUSM - CIVIL DIV - PHX |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 4435 N. 78th St, #112A Scottsdale, AZ 85251

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[ ] Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 55.80 + 8.00 | 135.00 | 198.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-9-04
Date

Terrie Swann
Signature of Server

401. W. WASHINGTON ST, #270 PHOENIX, AZ 85003
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.