UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
MARIA RODRIGUEZ, Individually and as )
Administratrix of the Estate of Jose Rodriguez )
                                    )
         Plaintiff,                 )
                                    )
v.                                  )   CIVIL ACTION NO.
                                    )   04-40224-NMG
VICTOR MONTALVO and                 )
CARMEN SOLIS                        )
                                    )
         Defendants.                )
_____ )

## PLAINTIFF'S MOTION FOR ORDERS

Plaintiff Maria Rodriguez, through counsel, hereby requests this Court to issue various orders, as described below in ¶ 5, that are necessary following the lifting of the automatic stay that had been imposed by the filing of Defendant Victor Montalvo's bankruptcy petition. In support of this Motion, Plaintiff respectfully states as follows:

1. Plaintiff filed this fraudulent transfer action on October 28, 2004. At the same time, Plaintiff requested the Court to issue an ex parte temporary restraining order freezing any proceeds of the sale and mortgage of real property located at 30 Mt. Pleasant Avenue, Leominster, Massachusetts ("Mt. Pleasant Avenue Property"). Plaintiff also requested the Court to require Defendants to provide an accounting of these proceeds.

2. On November 4, 2004, the Court (Gorton, J.) issued a temporary restraining order freezing $75,000 of the proceeds of the sale and mortgage of the Mt. Pleasant Avenue Property, pending a preliminary injunction hearing on November 10, 2004. The Court also directed the

1

Defendants to provide a full accounting of the sale proceeds at the preliminary injunction hearing on November 10, 2004.

3. On November 9, 2004, Defendant Montalvo filed a Suggestion of Bankruptcy in this case. As a result, the preliminary injunction hearing did not occur on November 10, 2004 as previously-scheduled by the Court.

4. On February 24, 2005, the Bankruptcy Court (Rosenthal, J.) granted Ms. Rodriguez's motion to lift the automatic stay in order to allow her to continue litigating this present action (as well as Civil Action No. 02-40139-NMG). See Exhibit A.

5. Plaintiff is now requesting the Court to issue a number of orders that are necessary to reinstate the status quo that existed before Defendant Montalvo filed for bankruptcy on November 9, 2004. Accordingly, Plaintiff requests the Court to:

a. Reinstate the temporary restraining order and temporarily restrain and enjoin the Defendants from withdrawing, transferring, spending, lending, liquidating, or otherwise disposing of or encumbering up to $75,000 of the proceeds of the sale and mortgage of the Mt. Pleasant Avenue Property, pending a hearing and determination of Plaintiff's motion for a preliminary injunction;

b. Schedule a hearing on plaintiff's motion for preliminary injunction to take place on either April 8, 2005, April 15, 2005 or April 29, 2005 (or on some other appropriate date as determined by the Court), and require Defendants at said hearing to provide a full accounting of the proceeds of the sale and mortgage of the Mt. Pleasant Avenue Property from February 9, 2004 to date (including an explanation of how said proceeds have been disbursed and the exact whereabouts of any remaining proceeds);

      c.      Establish a new date for Defendant Solis to file an answer; and

      d.      Establish a date for Defendant Victor Montalvo to file an answer or, alternatively, order the Deputy United States Marshall to serve Defendant Montalvo with any order issued by the Court and copies of Plaintiff's verified complaint, motion for temporary restraining order and preliminary injunction, supporting memorandum of reasons, together with proper summons issued by the Clerk of Court.[1]

WHEREFORE, the Plaintiff requests the Court to issue the orders requested above and such other and further relief as is just and necessary under the circumstances.

                                    PLAINTIFF
                                    By her attorney,

                                    Jonathan L. Mannina, BBO # 636492
                                    Legal Assistance. Corp. of Central Mass.
                                    405 Main Street
                                    Worcester, MA  01608
                                    Tel: (508) 752-3718
                                    Fax: (508) 752-5918

Dated: _____

---

[1] The Deputy U.S. Marshall initially was unable to serve Defendant Montalvo in-hand, but left copies of the relevant documents at 47 Salem Street, Fitchburg, Massachusetts, which Defendant Montalvo claims as his residence. See Exhibit B (process receipt and return) and Exhibit C (bankruptcy papers listing Defendant's alleged residence as 47 Salem Street). Since he was not served in-hand, the summons was apparently returned unexecuted and an answer date was not set for Defendant Montalvo. However, Rule 4(e), F.R.C.P., allows for service "pursuant to the law of the state in which the district court is located, or in which service is effected . . . ." Rule 4(d), M.R.C.P, in turn, allows for service upon an individual "by leaving copies [of the summons and complaint] at his last and usual place of abode . . . ." As a result, service was properly effectuated on Defendant Montalvo and an answer date should be set. Alternatively, if the Court deems the prior service improper, Plaintiff respectfully requests the Court to order the Deputy U.S. Marshall to make further attempts to serve Defendant Montalvo in-hand or by other means.

## CERTIFICATE OF SERVICE

I, Jonathan L. Mannina, attorney for the Plaintiff, hereby certify that I have on this ___ day of March, 2005, mailed the within, postage prepaid, to Defendant Victor Montalvo, 47 Salem Street, Fitchburg, Massachusetts 01420, and to Defendant Carmen Solis, 4435 N. 78th Street, #112A, Scottsdale, Arizona 85251.

_____
Jonathan L. Mannina, Esq.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

In Re: Victor M Montalvo

Case Number: 04-46323 ( JBR )

MOVANT/APPLICANT/PARTIES

Chapter: 13

#26 Motion of Maria Rodriguez, Individually and as Administratrix of the Estate of Jose Rodriguez for Relief from Automatic Stay and for Other Relief and #34 Objection of Debtor
Jonathan L. Mannina for Maria Rodriguez
David M. Nickless for Debtor

## COURT ACTION:

~~Show Cause Order~~    \_\_\_\_Released    \_\_\_\_Enforced
**#26 Granted** (circled)    \_\_\_\_Approved    \_\_\_\_Moot
~~Denied~~    \_\_\_\_Denied without Prejudice
\_\_\_\_Withdrawn in Open Court
\_\_\_\_Sustained    **#34 Overruled** (circled)
\_\_\_\_Continued to: _____
\_\_\_\_Proposed Order to be Submitted by:_____
\_\_\_\_Stipulation to be Submitted by:_____
\_\_\_\_Taken Under Advisement

## DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

SO ORDERED:

_Joel B. Rosenthal_ (signature)    Dated: 2/24/05
Joel B. Rosenthal

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: )
)  Chapter 13
VICTOR M. MONTALVO )
)  Case No. 04-46323-JBR
_____Debtor)

ORDER STAYING CONTESTED MATTERS #16 AND #37

The Objection of Maria Rodriquez to Debtor's Chapter 13 Plan (docket # 16) and the Debtor's Response (docket #19), and the Debtor's Objection to Claims of Maria Rodriquez (docket #37) are stayed pending the outcome of the proceedings pending in the United States District Court for the District of Massachusetts, Docket Numbers 02-40139 and 04-40224. **To the extent necessary and not previously obtained, Rodriquez is granted relief from the automatic stay, 11 U.S.C. § 362, so that the matters may be fully litigated in the District Court.**

The hearing scheduled for May 16, 2005 at 9:30 is canceled.

The Debtor is to file a report on the status of the District Court proceedings in 180 days of the date of this Order.

Dated: March 4, 2005

_____
Joel B. Rosenthal
United States Bankruptcy Judge

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARIA RODRIGUEZ | 04-40224-NMG |
| DEFENDANT | TYPE OF PROCESS |
| Victor Montalvo and Carmen Solis | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
VICTOR MONTALVO

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1134 Northfield Road, Lunenburg, MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jonathan Mannina
Legal Assistance Corp.
405 Main Street
Worcester, MA 01608

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

It is unclear what Mr. Montalvo's residential address is. If you cannot serve him in-hand at 1134 Northfield Rd (Lunenburg), you may try to serve him at his work address, 47 Salem Street, Fitchburg, MA

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 508)752-3718
DATE: 11-4-04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 038 | No. 038 | [signature] | 11/4/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Unable to serve at 1134 Northfield Rd. ...
... 47 Salem St ...

Date of Service: 11/5/04   Time: 1:30 pm

Signature of U.S. Marshal or Deputy: Cynthia DiCarlo

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

## Chapter 13 Plan Cover Sheet

| Filing Date: | November 9, 2004 | | |
|---|---|---|---|
| Docket No.: | 04-6323-JBR | | |
| | | | |
| Debtor: | Victor M. Montalvo | Codebtor: | |
| ss # (last four digits) | 3302 | ss# | |
| Address: | 47 Salem Street<br>Fitchburg, MA 01420 | | |
| | | | |
| Debtor's Counsel: | David M. Nickless, Esq.<br>Nickless and Phillips, PC<br>495 Main Street<br>Fitchburg, MA 01420<br>BBO No. 371920 | | |
| Telephone: | (978) 342-4590 | | |
| facsimile: | (978) 343-6383 | | |

Attached to this cover sheet is the Chapter 13 plan filed by the Debtor(s) in this case. This plan sets out the proposed treatment of the claims of creditors. The claims are set forth in the bankruptcy schedules filed by the debtor(s) with the Bankruptcy Court.

You will receive a separate notice from the Bankruptcy Court of the scheduled creditors' meeting pursuant to 11 USC Sec. 341. That notice also establishes the bar date for filing proofs of claims.

Pursuant to the Massachusetts Local Bankruptcy Rules, you have until thirty (30) days after the Section 341 Meeting to file an objection to the confirmation of the chapter 13 Plan, which objection must be served on the debtor, Debtors' counsel and the Chapter 13 Trustee

FORM B6A
(6/90)

In re: Victor M. Montalvo    Case No. 04-46323-
      Debtor                          (If known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence<br>47 Salem Street<br>Fitchburg, MA | Fee Simple | H | $ 150,000.00 | $ 125,000.00 |
|  | Total ➤ |  | $ 150,000.00 |  |

(Report also on Summary of Schedules.)