UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MONTALVO and CARMEN SOLIS<br><br>Defendants. | CIVIL ACTION NO.<br>04-40224-NMG |

### STATUS REPORT RE: BANKRUPTCY

Pursuant to the Court's Order of February 15, 2005, Plaintiff hereby states that the Bankruptcy Court (Rosenthal, J.) in Bankruptcy Case No. 04-46323-JBR, by orders dated February 24, 2005 and March 4, 2005, granted relief from the automatic stay so that the above-captioned matter may be fully litigated in the District Court.

PLAINTIFF
By her attorney,

_____
Jonathan L. Mannina, BBO # 636492
Legal Assistance. Corp. of Central Mass.
405 Main Street
Worcester, MA  01608
Tel: (508) 752-3718
Fax: (508) 752-5918

Dated: _____

1

## CERTIFICATE OF SERVICE

I, Jonathan L. Mannina, attorney for the Plaintiff, hereby certify that I have on this __ day of March, 2005, mailed the within, postage prepaid, to Defendant Victor Montalvo, 47 Salem Street, Fitchburg, Massachusetts 01420, and to Defendant Carmen Solis, 4435 N. 78th Street, #112A, Scottsdale, Arizona 85251.

_____
Jonathan L. Mannina, Esq.