UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MONTALVO and CARMEN SOLIS<br><br>Defendants. | CIVIL ACTION NO.<br>04-cv-40224-NMG |

## NOTICE OF APPEARANCE

Now comes the undersigned, Sergio E. Carvajal, and hereby enter this appearance as additional counsel for above captioned Plaintiff, Maria Rodriguez Individually and as Administratrix of the Estate of Jose Rodriguez.

Respectfully submitted
PLAINTIFF
By Her attorney

_____
Sergio E. Carvajal, BBO# 645276
Legal Assistance Corp.
of Central Massachusetts
405 Main Street
Worcester, MA 01608
(508)752-3718

Date: May 9, 2005