UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Worcester, ss

| | |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez, Plaintiff )<br><br>vs. )<br><br>VICTOR MONTALVO and CARMEN SOLIS, Defendants ) | C.A. NO.: 04-40224NMG |

**EMERGENCY MOTION TO
CONTINUE PRELIMINARY INJUNCTION HEARING**

NOW COMES the undersigned, Janie Lanza Vowles, Attorney for the Defendant, Carmen Solis ("Defendant Solis"), in the above-entitled matter and moves this Honorable Court for a continuance of the preliminary injunction hearing scheduled for May 13, 2005, at 4:00 P.M.

In support of said motion, the Defendant Solis, through her counsel, states the following:

1) Defendant Solis retained counsel in this matter late in the afternoon of Thursday, May 12, 2005. Defendant Solis did not learn about the hearing scheduled this date until Wednesday of this week.

2) Defendant Solis does not speak English and resides in Arizona, thereby hindering her ability to effectively communicate with counsel to prepare for hearing in this matter.

3)   Defendant Solis represents that (i) moneys from the sale of the Mount Pleasant Avenue Property are held in a bank account in Scottsdale, Arizona and (ii) Defendant Solis will not access said funds pending a hearing on the Plaintiff's Motion For Preliminary Injunction.

Respectfully submitted,

THE DEFENDANT SOLIS,
by her attorney,

Janie Lanza Vowles, Esquire
BBO #637022
RONCONE LAW OFFICES, P.C.
142 Main Street
Leominster, MA 01453
(978) 534-2444

Dated: May 13, 2005