UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Worcester, ss

MARIA RODRIGUEZ, Individually and as )
Administratrix of the Estate of Jose Rodriguez, )
Plaintiff )
)
vs. ) C.A. NO.: 04-40224NMG
)
VICTOR MONTALVO and CARMEN SOLIS, )
Defendants )
)

## NOTICE OF APPEARANCE

NOW COMES the undersigned, representing the above-entitled Defendant, Carmen Solis, who hereby files an Appearance on behalf of said Defendant.

Respectfully submitted,

THE DEFENDANT SOLIS,
by her attorney,

Janie Lanza Vowles, Esquire
BBO #637022
RONCONE LAW OFFICES, P.C.
142 Main Street
Leominster, MA 01453
(978) 534-2444

Dated: May 13, 2005