United States District Court
District of Massachusetts

|  |  |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR MONTALVO and CARMEN SOLIS,<br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  04-40224-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

GORTON, J.

On November 4, 2004, this Court entered a temporary restraining order enjoining the defendants from "withdrawing, transferring, spending, lending, liquidating, or otherwise disposing of or encumbering up to $75,000 of the proceeds of the sale and mortgage of the real property located at 30 Mount Pleasant Avenue, Leominster, Massachusetts". On November 9, 2004, defendant, Victor Montalvo, filed a Suggestion of Bankruptcy and this case was stayed.

On February 24, 2004, the automatic stay was lifted and a preliminary injunction hearing was scheduled for May 13, 2005, at 4:00 p.m. On the morning of the scheduled hearing date, defendant, Carmen Solis ("Solis") filed an emergency motion to

continue the hearing on the grounds that she had obtained counsel only the day before and needed time to prepare. She also agreed to the entry of a temporary restraining order to maintain the status quo pending a preliminary injunction hearing.

Therefore, Carmen Solis is hereby temporarily restrained and enjoined from withdrawing, transferring, spending, lending, liquidating, or otherwise disposing of or encumbering up to $75,000 of the proceeds of the sale and mortgage of the real property located at 30 Mount Pleasant Avenue, Leominster, Massachusetts, pending a hearing and determination of Plaintiff's motion for a preliminary injunction.

Plaintiff's motion for a preliminary injunction will be heard by this Court at the John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA, Courtroom #4, on Thursday, May 19, 2004 at 10:00 a.m. The Defendants are directed to provide at that hearing a full accounting of the proceeds of the sale of 30 Mount Pleasant Avenue, Leominster, Massachusetts from February 9, 2004 to date, including an explanation of the exact whereabouts of any remaining proceeds.

Copies of this Order shall immediately be served upon the Defendants by the Deputy United States Marshal.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated May 13, 2004