05/18/2005 11:24 6023828780 USMS PHX CIVIL PAGE 02/02
MAY 17 2005 14:24 FR DISTRICT MASS 617 748 2539 TO 816023828780 P.02

Case 4:04-cv-40224-NMG   Document 17   Filed 05/18/2005   Page 1 of 1

*U.S. GPO: 2000-463-702/25203

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>MARIA RODRIGUEZ, INDIVIDUALLY et al. | COURT CASE NUMBER<br>04-CV-40224 |
|---|---|
| DEFENDANT<br>VICTOR MONTALVO AND CARMEN SOLIS | TYPE OF PROCESS<br>Order |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CARMEN SOLIS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT  4435 N. 78TH STREET #112A SCOTTSDALE, AZ 85251

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Carmen Solis
4435 N. 78th ST #112A
Scottsdale, AZ 85251

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER 617-747-9155    DATE 5/13/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 8 | District to Serve<br>No. 8 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/17/05 |

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
As shown above

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service  5·18·05    Time 8:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges<br>(Including endeavors)<br>26 total | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: miles.
Endeavor #1 5·17·05 @ 1600. No answer. Left notification form