UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40224-NMG

|  |  |
|---|---|
| MARIA RODRIGUEZ, Individually<br>And as Administratrix of the Estate<br>Of Jose Rodriguez,<br>      Plaintiff<br><br>v.<br><br>VICTOR MONTALVO and<br>CARMEN SOLIS<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CARMEN SOLIS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendant Carmen Solis ("Mrs. Solis") hereby opposes the Motion of Plaintiff, Maria Rodriguez, individually and as administratrix of the estate of Jose Rodriguez ("Plaintiff"), for a Preliminary Injunction. As grounds for her request, Mrs. Solis states the following:

1. Plaintiff requests here that this Court issue an injunction prohibiting Mrs. Solis from disbursing or using the proceeds from the sale of certain real property, alleging that Mrs. Solis has violated the Uniform Fraudulent Conveyance Act. Those proceeds currently total approximately $60,000.

2. The evidence establishes that Mrs. Solis gave fair consideration for the property at issue.

1

3. Plaintiff seeks the injunction to secure her claims against co-defendant Victor Montalvo in another action pending before this Court, in which Plaintiff alleges that Victor Montalvo violated federal and state fair housing laws by failing to allow Plaintiff to modify rental premises to accommodate Plaintiff's son's disability.

4. The evidence of Mr. Montalvo's repeated attempts to accommodate Plaintiff -- and Plaintiff's insistence on pursuing litigation for an apparent ulterior motive -- casts serious doubt on the likelihood of Plaintiff recovering damages after a trial of her underlying discrimination claims.

5. The balance of equities and the public interest actually favors denial of the injunction requested here, inasmuch as Mrs. Solis – who is 63 years old and suffers from various medical issues -- will likely rely on the sale proceeds in the remaining years of her life, particularly to provide housing for herself and deal with her excessive medical expenses.

In further support of her opposition, Mrs. Solis submits a memorandum of law, her affidavits and the affidavits of Vincent Pusateri, Jr., Esq. and Victor Montalvo.

WHEREFORE, Mrs. Solis respectfully requests that this Court deny the Plaintiff's Motion For Preliminary Injunction.

CARMEN SOLIS,

By her Attorney,

_____
Janie Lanza Vowles
BBO# 637022
RONCONE LAW OFFICES
142 Main Street
Leominster, MA 01453
(978) 534-2444

Dated: May 18, 2005