To:     47 SALEM STREET / 1ST FL TENANTS            July 27, 2000
From:   VICTOR MONTALVO / LANDLORD

IN ACCORDANCE WITH YOUR TENANCY AT WILL AGREEMENT WHICH
STATES "A 30 DAY NOTICE MUST BE GIVEN PRIOR TO RENTAL INCREASE
OR TENANT VACATING PROPERTY"; THIS LETTER WILL SERVE AS SUCH
NOTICE.

EFFECTIVE 8/1/00 THE NEW RENT DUE FOR THE APARTMENT IN WHICH
YOU NOW RESIDE WILL BE $600.00 PER MONTH, STILL DUE AND PAYABLE
ON THE FIRST OF THE MONTH. IN KEEPING WITH OUR ORIGINAL
LANDLORD/TENANT ARRANGEMENT, THERE WILL STILL BE A $25.00 LATE
FEE FOR RENTS NOT RECEIVED BY 5PM ON THE 5TH DAY OF THE MONTH.

THE RENT DUE ON 8/1/00 WILL REMAIN $550.00 IF PAID ON OR BEFORE
8/5/00. THE RENT DUE ON 9/1/00 WILL INCREASE TO $600.00.

ACCORDINGLY, THIS WILL LEAVE A SHORTAGE OF $50.00 FOR YOUR LAST
MONTHS RENT WHICH IS BEING HELD BY ME. IN THE EVENT YOU INTEND
TO VACATE THE PROPERTY, I MUST BE GIVEN 30 DAYS WRITTEN NOTICE
PER OUR AGREEMENT. AT THAT TIME I WILL NEED TO RECEIVE CASH OR
CHECK IN THE AMOUNT OF $50.00 TO COVER THE AFOREMENTIONED
SHORTAGE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS LETTER PLEASE
CONTACT ME AT 508-527-5773.

VICTOR MONTALVO
LANDLORD

P.S. IT HAS COME TO MY ATTENTION THAT YOU ARRANGED FOR A
SATTELITE DISH TO BE INSTALLED ON THE BUILDING WITHOUT PRIOR
CONSENT. THIS IS AGAINST THE RULES AND REGULATIONS YOU
RECEIVED AND AGREED TO AT THE BEGINNING OF YOUR TENANCY.
THERE SHALL BE NO FURTHER ALTERATIONS TO THE PROPERTY WITHOUT
MY PRIOR CONSENT. PLEASE KEEP IN MIND-COST TO REPAIR ANY
DAMAGE IS YOUR RESPONSIBILITY. IN THE EVENT YOU INTEND TO MOVE
FROM THE PROPERTY YOU ARE RESPONSIBLE FOR REPAIRING THE
DAMAGE INCURRED DURING INSTALLATION IF THE DISH IS REMOVED..