September 4, 2000


Jorge Cabrerra
47 Salem Street
1st Floor Tenant
Fitchburg, MA 01420

Jorge,

Pursuant to our conversation on 9//3/00, the following will be required of you:

In the event you intend to remain a tenant at 47 Salem Street, 1st Floor, your rent is DUE AND PAYABLE IMMEDIATELY. As discussed previously, rent paid after the 6th of the month will accrue an additional charge of $25.00 as a late fee. If the rent now due ($600.00) is not received by 9/6/00, the property must be vacated on or before 9/30/00.

Please inform me on your intentions immediately. If I do not hear otherwise by 9/7/00, I will assume that you still intend to end your tenancy at will agreement with me, in which case the apartment must be vacated by 9/30/00. Also, please remember, the apartment must be available for showing to prospective tenants with 24 hour prior notice (either written or verbal) as per our original agreement.

Thank you for your understanding and prompt attention to this matter.

Regards,

Victor Montalvo
Landlord