Oct 12. 00

TENANTS-1ST FLOOR
47 SALEM STREET
FITCHBURG, MA 01420

RE: END OF TENANCY

JORGE,

PER OUR DISCUSSION LAST WEEK, THIS WILL BE YOUR FINAL NOTIFICATION BY ME REGARDING THE END OF YOUR TENANCY AT 47 SALEM STREET APT 1. YOU INFORMED ME ON 10/3/00 THAT YOUR INTENTIONS WERE STILL TO VACATE THE APARTMENT BY OCTOBER 31ST, 2000. THEREFORE, I HAVE ARRANGED TO HAVE THE APARTMENT CLEANED AND PREPARED FOR NEW TENANTS BEGINNING NOVEMBER 1ST, 2000. PLEASE LEAVE THE APARTMENT "BROOM CLEAN" PER OUR ORIGINAL AGREEMENT AND NOTIFY ME SO THAT WE CAN GET TOGETHER FOR A WALK THROUGH INSPECTION PRIOR TO OCTOBER 31ST. AS YOU ARE AWARE, YOUR "LAST MONTH RENT" WAS USED TO PAY FOR THE MONTH OF OCTOBER AND I AM NOT HOLDING A SECURITY DEPOSIT FOR YOUR APARTMENT. IT IS IMPERATIVE THAT YOU BE OUT OF THE APARTMENT ON OR BEFORE OCTOBER 31ST SO THAT I CAN GET INTO THE APARTMENT WITH THE CLEANING CREW, ETC.

THANK YOU FOR YOUR COOPERATION IN THIS MATTER.

REGARDS,

*[signature]*

VICTOR MONTALVO
LANDLORD