

House Certification Plan Of Land In
**FITCHBURG      MASS.**
CLYDE R. WHEELER INC.    SCALE 1" = 20'
110 OLD BAY ROAD
BOLTON, MASS.    5 MAY 1992

NOTE: THIS PLAN IS NOT TO BE RECORDED OR USED TO ESTABLISH PROPERTY LINES. I CERTIFY THAT THE BUILDING ON THIS PROPERTY IS LOCATED ON THE GROUND AS SHOWN ABOVE AND COMPLIES WITH THE DIMENSIONAL REQUIREMENTS OF THE ZONING BYLAW OF THE CITY OF FITCHBURG AND THE PROPERTY SHOWN IS NOT LOCATED IN THE FEDERAL FLOOD HAZARD ZONE. ALL VISIBLE EASEMENTS AND ENCROACHMENTS ARE SHOWN HERE-ON.

REG. LAND SURVEYOR

