JORGE CABRERA                                                      JUNE 8, 2001
47 SALEM ST. APT 1
FITCHBURG, MA 01420

RE:  RENTAL INCREASE
     TENANCY RULES

JORGE,

IN FOLLOW UP TO OUR RECENT DISCUSSION (JUNE 1, 2001) THIS LETTER WILL SERVE TO INFORM YOU OF THE RENTAL INCREASE WHICH WILL BECOME EFFECTIVE AUGUST 1, 2001. **THE MONTHLY RENT DUE WILL BE $750.00 PER MONTH**. (AS YOU ARE AWARE, MARKET RENT FOR 1ST FLOOR, 3 BEDROOM APARTMENTS IN THIS AREA CURRENTLY RUN BETWEEN $850.00 AND $1,000.00) THIS INCREASE IS STILL WELL BELOW AVERAGE MARKET RENT FOR THE FITCHBURG AREA.

DURING OUR DISCUSSION YOU INFORMED ME THAT YOU NOW INTEND TO REMAIN A TENANT AT 47 SALEM STREET. IN OCTOBER 2000 YOU GAVE ME A 30 DAY NOTICE OF YOUR INTENT TO MOVE FROM THIS APARTMENT – AT THAT TIME YOU USED THE LAST MONTHS RENT BEING HELD BY ME AND TO THIS DATE HAVE NOT REMITTED A LAST MONTHS RENT. **LAST MONTHS RENT AS WELL AS A SECURITY DEPOSIT EQUAL TO ½ MONTH RENT ($375.00) IS DUE AND PAYABLE BY THE FIRST OF AUGUST**. I HAVE NOT PURSUED ANY LEGAL ACTION AS A RESULT OF YOUR FAILURE TO REPAY THUS FAR, HOWEVER, IT HAS BEEN SEVERAL MONTHS AND YOU HAVE MADE NO ATTEMPT TO REMIT THE AMOUNT DUE. **TO AVOID FURTHER ACTION PLEASE REMIT PAYMENT BY AUGUST 1, 2001.**

IN CLOSING, I MUST MAKE IT CLEAR THAT AS STATED IN OUR RENTAL AGREEMENT:

1) ONLY THOSE TENANTS SPECIFICALLY LISTED ON THE RENTAL AGREEMENT ARE TO RESIDE IN THIS APARTMENT. **NO OTHER PERSONS SHALL OCCUPY THE APARTMENT WITHOUT PRIOR WRITTEN AUTHORIZATION BY THE LANDLORD.**

2) THERE SHALL BE NO CHANGES OR MODIFICATIONS MADE TO THE PROPERTY WITHOUT EXPRESS CONSENT OF LANDLORD PRIOR TO ANY SUCH CHANGES. **THERE ARE TO BE NO CHANGES OR RENOVATIONS MADE TO THIS APARTMENT WITHOUT MY APPROVAL. THIS INCLUDES BUT IS NOT LIMITED TO PERMANENT PLACEMENT OF HANDICAP ACCESSIBILITY**. (PORTABLE WHEELCHAIR RAMPS HAVE BEEN APPROVED).

I LOOK FORWARD TO YOUR FULL COOPERATION REGARDING THESE MATTERS. IF YOU HAVE ANY QUESTIONS FEEL FREE TO CONTACT ME AT THE NUMBERS LISTED BELOW.

REGARDS,


VICTOR MONTALVO
LANDLORD
(978) 316-5151 OR (978) 407-3886