Sent by: Legal Assistance Corp. of Centr; 508 752 5918; Oct-3-01 13:13; Page 7/7

*Exhibit F*

**Law Office of Robert P. Murray**
One Main Street
Lunenburg, MA 01462
(978) 582-3133
Fax (978) 582-9941
E-Mail: rpmurray@MurrayEsq.com
Internet Site: MurrayEsq.com

September 27, 2001

TO: JORGE CABRERRA and
MARIA RODRIGUEZ and those occupying with you
47 Salem Street - 1st Floor
Fitchburg, MA 01420

## NOTICE OF TERMINATION
## OF TENANCY AT WILL

Please be advised that this office represents Mr. Victor Montalvo of Lunenburg, Massachusetts, the owner of the premises located at 47 Salem Street, Fitchburg, Worcester County, Commonwealth of Massachusetts, and your landlord.

On behalf of our client, you are hereby notified that it is our client's intention to terminate your tenancy-at-will for occupancy of the premises at: 47 Salem Street - 1st Floor, Fitchburg, Massachusetts, consisting of:

You are hereby notified to quit and deliver up said premises at the end of the rental period which begins next after receipt of this notice or at the expiration of thirty (30) days, whichever is later.

If you fail to so vacate, I shall take due course of law to evict you.

HEREOF FAIL NOT.

Robert P. Murray, Esquire

# CONSTABLE
# JOSE RAMOS

189 Willard St. #304
Leominster, Ma 01453

Telephone: (978) 534-3422
Pager: (978) ~~321-5105~~
686-5900

## PROOF OF SERVICE

I, JOSE RAMOS, HEREBY SWEAR UNDER THE PAINS AND PENALTIES OF PERJURY THAT ON _9/29/01_, I HAVE SERVED THE ATTACHED _Notice of Termination at will for Tenancy_ FROM _Victor Montalvo_ BY GIVING IN HAND TO _Aliana Rodriguez (Daughter)_. SAID SERVICE WAS MADE AT _47 Salem St. 1st Fl. Fitchburg_; OR BY LEAVING IT AT _____ THE LAST AND USUAL PLACE OF ABODE. A COPY OF THIS _____ WAS MAILED FIRST CLASS TO THE TENANT/OCCUPANT AT THAT ADDRESS ON _____.

_Jose Ramos_
JOSE RAMOS, CONSTABLE