BK 03607 PG 170

012798

We, Victor M. Montalvo of Leominster, Worcester County, Massachusetts, and Tracy L. Montalvo, of Leominster, Worcester County, Massachusetts, as tenants by entirety, for consideration paid and in full consideration of $5,000.00 grant to Victor M. Montalvo, individual, of Leominster, Worcester County, Massachusetts, with quitclaim covenants,

A certain tract of land, with the buildings thereon situated on the southeasterly side of Mt. Pleasant Avenue, Leominster, MA., bounded and described as follows:

Beginning at the most northerly corner thereof on said line of Mount Pleasant Avenue and at land now or formerly of Sarah J. Hadley, and running,

Thence by said Hadley land South 66° 51' East seventy-four and 93/100 (74.93) feet to a corner at land now or formerly of Francis F. Fiske,

Thence by the last named land and land now or formerly of one Leahy South 23° 9' West sixty-eight and 5/10 (68.5) feet, more or less, to land now or formerly of Patrick F. Lane;

Thence by last named land North 66° 51' West seventy-three and 93/100 (73.93) feet northeasterly from an angle in said Avenue;

Thence along said Avenue North 21° 38' East sixty-eight and 52/100 (68.52) feet, more or less, to the place of beginning:

Being the same premises conveyed to us by deed of Leominster Credit Union, dated June 27, 1994 and recorded with Worcester Northern District Registry of Deeds at Book 2591, Page 206.

30 MT. PLEASANT AVE.
LEOMINSTER, MA 01453

00 JUL 26 AM 11:19

Witness my hand and seal this ___26 TH___ day of ___July___ 2000.

___Lori Olenai___         ___Victor Monta___
WITNESS                    Victor M. Montalvo

___[signature]___          ___Tracy L. Monta___
WITNESS                    Tracy L. Montalvo

The Commonwealth of Massachusetts

Worcester County,                7/26  2000

Then personally appeared the above named Victor M. Montalvo and Tracy L. Montalvo and acknowledged the foregoing to be their free act and deed before me.

___[signature]___
my commission expires  8/10/01
STEPHEN J PHILBIN
NOTARY PUBLIC

RETURN TO:
Victor Montalvo
134 Northfield Rd
Lunenburg, MA 01462

BK 03607PG171



ATTEST: NO. WORC. REGISTRY OF DEEDS
JOHN B. McLAUGHLIN, REGISTER

# ASSUMPTION AGREEMENT
# WITH RELEASE OF LIABILITY

Loan Number **1085760**

This Assumption Agreement (The "Agreement") is made this 15th day of March 2001, by and between **VICTOR MONTALVO** and **CARMEN L SOLIS** (the "Buyers") and Wells Fargo Home Mortgage, Inc. (the "Lender").

## RECITALS

The Lender is the holder of a promissory note (the "Note"), executed by **VICTOR MONTALVO** (the "Sellers") and dated the **27TH** day of **JUNE, 1994**, in the original principal amount of **SEVENTY-SEVEN THOUSAND AND 00/100ths** Dollars (**$77,000.00**), bearing interest on the unpaid balance thereof from time to time at the initial rate of **EIGHT AND ONE-HALF (8.5)** percent per annum from the date thereof, which principal and interest is initially payable in monthly installments of **FIVE HUNDRED NINETY-TWO AND 07/100ths** Dollars (**$592.07**), commencing on the first day of **AUGUST, 1994**, with a maturity date of **JULY, 2024**, when entire principal balance and interest shall be due and payable.

The Note is secured by a first mortgage (the "Mortgage") executed by the Sellers and dated the **27TH** day of **JUNE, 1994**, on certain real property located in **WORCESTER** County, **MASSACHUSETTS**, legally described as follows:
**PLEASE SEE ATTACHED FOR LEGAL DESCRIPTION**

which Mortgage was duly recorded/filed on June 27th, 1994, in the office of the recorder in and for **WORCESTER** County, **MASSACHUSETTS** as Document Number Instrument # 012919; BK 02591, Pages 208-216

Contemporaneously with the execution of the Agreement the Sellers have conveyed to the Buyers all right, title and interest in the above described property.

The Mortgage provides that it may be assumed by subsequent purchasers of said real estate only with the approval of the Lender.

As part of the purchase price of the above described property the Buyers have agreed to assume and pay the indebtedness evidenced by the Note and to be bound by the obligations of the Mortgage, as amended by this Agreement.

PAGE 1 OF 3

1085760

Exhibit "A"

A certain tract of land, with any buildings thereon, situated on the southeasterly side of Mt. Pleasant Avenue, Leominster, Massachusetts, bounded and described as follows:

Beginning at the most northerly corner thereof on said line of Mount Pleasant Avenue and at land now or formerly of Sarah J. Hadley, and running thence by said Hadley land South 66° 51' East seventy-four and 93/100 (74.93) feet to a corner at land now or formerly of Francis F. Fiske;

thence by the last named land and land now or formerly of one Leahy South 23° 9' West sixty-eight and 5/10 (68.5) feet, more or less, to land now or formerly of Patrick F. Lane;

thence by last named land North 66° 51' West seventy-three and 12/100 (73.12) feet to Mount Pleasant Avenue, said point being seventy-three and 93/100 (73.93) feet northeasterly from an angle in said Avenue;

thence along said Avenue North 21° 38' East sixty-eight and 52/100 (68.52) feet, more or less, to the place of beginning;

containing 5,070 square feet, more or less.

Said premises are shown on a plan of land made for George F. Holt by Gates and Ray, C.E. dated August 13, 1909.

Being the same premises conveyed to us by deed of Leominster Credit Union and to be recorded herewith.

Upon such assumption the lender is willing to release the Sellers from all personal liability arising under the Note and Mortgage.

In consideration of their mutual promises the Buyers and the Lender hereby agree as follows:

1. The Buyers hereby assure and promise to pay all of the indebtedness evidenced by the Note as modified, and agree to be bound by and to perform all of the covenants of the Mortgage at the time and in the manner provided therein. The Buyers further agree that the above described property shall be held as security for any and all indebtedness of the Buyers evidenced by the Note otherwise secured by the Mortgage.

2. The Lender hereby approves the assumption provided for in the preceding paragraphs and releases the Sellers from all personal liability which may hereafter arise under the Note and Mortgage.

3. This agreement shall not waive Lender's rights with respect to giving its approval of any subsequent assumptions of the obligation evidenced by the Note and secured by the Mortgage / Deed of Trust.

4. Save as provided in the Agreement, the terms and provisions of said Note and Mortgage / Deed of Trust remain unchanged.

In witness whereof, Buyers have executed this Agreement.

_____
VICTOR MONTALVO

_____
CARMEN L SOLIS


STATE OF Massachusetts )
                       ) s.s.
COUNTY OF Worcester    )

On March 19, 2001 before me, Victor Montalvo personally appeared Victor Montalvo personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

My Commission Expires August 30, 2007

(This area for official notarial seal)

PAGE 2 OF 3

WELLS FARGO HOME MORTGAGE, INC.

_____
Cheryl J. Reiser
Assistant Vice President

_____
Johnnine A. Wadle
Assistant Secretary

STATE OF IOWA        )
COUNTY OF POLK       )

On this 20th day of April, 2001, before me, a Notary Public in and for said County and State, personally appeared Cheryl J. Reiser and Johnnine A. Wadle to me personally known, who being by me duly sworn did say that they are the Assistant Vice President and Assistant Secretary respectively of the corporation named in the foregoing instrument, and that the seal affixed to said instrument is the corporate seal of said corporation, and that the instrument was signed and sealed in behalf of said corporation, by authority of its Board of directors, and the said Cheryl J. Reiser and Johnnine A. Wadle acknowledged said instrument to be the free act and deed of said corporation.

_____
Notary Public
Commission Expires April 30, 2001

WFHMI Loan Number 1085760

ERIC WILSON
MY COMMISSION EXPIRES

This instrument was drafted by:

Wells Fargo Home Mortgage, Inc.
MAC X2401-05K
1 Home Campus
Des Moines, Iowa 50328-0001

PAGE 3 OF 3