UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40224-NMG

|  |  |
|---|---|
| MARIA RODRIGUEZ, Individually <br> And as Administratrix of the Estate <br> Of Jose Rodriguez, <br>           Plaintiff <br><br> v. <br><br> VICTOR MONTALVO and <br> CARMEN SOLIS <br>           Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT OF CARMEN SOLIS**

I, Carmen Solis, do hereby depose and state the following:

1. I am the mother of Victor Montalvo. I currently reside in Arizona, where I rent an apartment.

2. I am 63 years old.

3. I suffer from various health conditions, including sleep apnea, high blood pressure, irritable bowel syndrome and sarcoidosis (which affects my bones and lungs.) I also have lost a kidney and I have use of half of my remaining kidney. In addition, I have had problems with my knees and I have had surgery on both knees. As a result of these problems, I cannot walk well and my mobility is severely limited.

4. I am currently retired. Before moving to Arizona, I lived in New York. I spent about 32 years working in housekeeping for various city hospitals. As a result of that work, I now receive a pension of approximately $1,800 per month. I addition, I receive social security benefits

1

of $976 per month. The pension and social security benefits are my only source of income. My monthly rent is $739. I obviously have other living expenses. Also, due to my health conditions, I incur medical expenses that are not covered by my insurance.

5. Victor first bought the property located at 30 Mount Pleasant Avenue, Leominster, Massachusetts (the "Property") many years ago. I lent Victor and his then-wife, Tracy Montalvo, money to help them buy the Property. I do not recall the exact amount of this loan.

6. Victor and Tracy lived at this property for a period of time as a married couple.

7. Victor and Tracy divorced sometime in 1999. There was roughly $10,000 in equity in the house. As part of the divorce, Victor was to buy Tracy out of the Property by paying Tracy $5,000. I lent Victor the $5,000 to buy Tracy out. I also put my name on the mortgage. Because I paid the money and put my name on the mortgage, I understood that I was a one-half owner in the Property with Victor. I understand that Victor actually deeded a one-half of the Property to me much later (in February 2003), but I was under the impression before that time that I owned half of the Property.

8. From time to time, I have lent additional moneys to Victor, for example helping him when he fell behind in his child support. I do not recall exactly how much money I lent to Victor, although I know this additional amount was significant.

9. In May 2003, Victor transferred his interest in the Mount Pleasant Avenue Property to me. At this point, I understood that the property was going to be mine and that this transfer was made in satisfaction of the previous moneys that I lent to Victor.

10. I refinanced the mortgage on the Property in February 2004. I recall that from the money I received from the Property, I gave $32,000 to a woman by the name of Sandra Alba, who was like a sister to me, to help her buy a co-op in New York. I considered this a loan, although nothing was done in writing. Sandra died on October 5, 2004. Her son now lives in the co-op and I do not expect that he will have the ability to repay me.

11. I planned to eventually move into the Property when I retired. Thereafter, however, my doctor advised me that, due to my health conditions, I was better off residing in a place with warmer weather. So, I decided to move to Arizona to live instead. I made this move on June 9, 2004. Because I obviously was not going to live in the Property, it made sense to sell.

12. I sold the Mount Pleasant Avenue Property on approximately May 28, 2004. I received almost $73,000 from the sale.

13. Of that $73,000, I spent almost $13,000. This money was spent on moving expenses, including plane tickets. I also used the money to buy items for my apartment, including a television, stereo, kitchen table, chairs and a hutch.

14. The remaining proceeds of $60,183 are currently held in my savings account at Washington Mutual.

15. Ultimately, it is my hope to use this money (along with some other savings that I have) to purchase a condominium for myself so that I do not have to continue renting forever.

Signed under the pains and penalties of perjury on this __ day of May, 2005 (after translation by Victor Montalvo.)

*Carmen Solis*
Carmen Solis

3