UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MONTALVO and CARMEN SOLIS<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  04-40224-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO PRACTICE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Sergio E. Carvajal, attorney for Plaintiff Maria Rodriguez, hereby requests this Court to grant leave to Mia C. Kim to appear in this case under Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts. Attorney Kim has filed an Affidavit in support of this motion. Before filing this motion, I attempted to contact counsel for Defendant Carmen Solis, Attorney Janie L. Vowles, but was unable to reach her.

Sergio E. Carvajal, BB0 # 645276
Legal Assistance. Corp. of Central Mass.
405 Main Street
Worcester, MA 01608
Tel: (508) 752-3718
Fax: (508) 752-5918

Dated: MAY 19, 2005

1

## CERTIFICATE OF SERVICE

I, Sergio E. Carvajal, attorney for the Plaintiff, hereby certify that a true copy of the above document was served upon Defendant Victor Montalvo, 47 Salem Street, Fitchburg, Massachusetts 01420, and the attorney of record for Defendant Carmen Solis, Janie L. Vowles, Esq., Roncone Law Offices, P.C., 142 Main Street, P.O. Box 767, Leominster, MA 01453, by hand-delivery on this __19th__ day of May, 2005.

Sergio E. Carvajal, Esq.