UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MONTALVO and CARMEN SOLIS<br><br>Defendants. | CIVIL ACTION NO.<br>04-40224-NMG |

## AFFIDAVIT

I, Mia C. Kim, Esq., do hereby on oath depose and say as follows:

1. That I am an attorney at law with permission to practice before the courts of the Commonwealth of Massachusetts in all causes in which I am associated with the Legal Assistance Corporation of Central Massachusetts, an organized nonprofit legal services program with business offices at 405 Main Street, Worcester, MA. I received permission to practice in the above causes under Rule 3:04. I have been licensed to practice in the jurisdictions of California, Michigan and the United States District Court for the Eastern District of Michigan since 2000.

2. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed this 17th day of May 2005, under the pains and penalties of perjury.

_____
Mia C. Kim, BBO # 600935

Sworn and subscribed to before me this 17th day of May, 2005.

Linda A. Boss
NOTARY PUBLIC
My Commission Expires: 3/1/07

## CERTIFICATE OF SERVICE

I, Sergio E. Carvajal, attorney for the Plaintiff, hereby certify that a true copy of the above document was served upon Defendant Victor Montalvo, 47 Salem Street, Fitchburg, Massachusetts 01420, and the attorney of record for Defendant Carmen Solis, Janie L. Vowles, Esq., Roncone Law Offices, P.C., 142 Main Street, P.O. Box 767, Leominster, MA 01453, by hand-delivery on this 19th day of May, 2005.

_____
Sergio E. Carvajal, Esq.