UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MONTALVO and CARMEN SOLIS<br><br>Defendants. | CIVIL ACTION NO.<br>04-40224-NMG |

### NOTICE OF APPEARANCE

Now comes the undersigned, Mia C. Kim, and hereby enters this appearance as additional counsel, to Jonathan L. Mannina and Sergio E. Carvajal, for the above captioned Plaintiff, Maria Rodriguez, Individually and as the Administratix of the Estate of Jose Rodriguez,

                                        Respectfully submitted
                                        PLAINTIFF
                                        By her attorney

                                        Mia C. Kim, BBO# 600935
                                        Legal Assistance Corp.
                                        of Central Massachusetts
                                        405 Main Street
                                        Worcester, MA 01608
                                        (508)752-3718

Date: May 19, 2005