UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| In re:<br><br>VICTOR MONTALVO,<br><br>   Debtor. | Chapter 13<br>Case No. 04-46323-JBR |

TESTIMONY OF VICTOR MONTALVO, AS TRANSCRIBED BY BLANCA DAVIAU, FROM UNITED STATES BANKRUPTCY COURT TAPE RECORDINGS, 11 U.S.C. § 341, MEETING OF CREDITORS, DECEMBER 10, 2004, U.S. CHAPTER 13 TRUSTEE'S OFFICE, 446 MAIN STREET, 1ST FLOOR, WORCESTER, MASSACHUSETTS

APPEARANCES:

  DENISE M. PAPPALARDO
  UNITED STATES CHAPTER 13 TRUSTEE
  446 MAIN STREET,
  WORCESTER, MA  01608
  P.O. BOX 16607
  WORCESTER, MA  01601
  E-MAIL: DENISEPAPPALARDO@CH13WORC.COM
  REPRESENTING: U.S. TRUSTEE

  JONATHAN L. MANNINA
  LEGAL ASSISTANCE CORP. OF CENTRAL
  MASSACHUSETTS
  405 MAIN STREET
  WORCESTER, MA  01608
  TEL.: (508) 752-3718
  FAX: (508) 752-5918
  E-MAIL: JMANNINA@LACCM.ORG
  REPRESENTING CREDITOR: MARIA RODRIGUEZ,
  INDIVIDUALLY AND AS ADMINISTRATRIX OF THE
  ESTATE OF JOSE RODRIGUEZ

  DAVID M. NICKLESS
  NICKLESS AND PHILLIPS, PC
  495 MAIN STREET
  FITCHBURG, MA  01420
  978-342-4590
  DNICKLESS.NANDP@VERIZON.NET
  BBO NO. 371920
  REPRESENTING DEBTOR: VICTOR MONTALVO

Mr. Montalvo: Well now she has the house.

Atty. Mannina: What did you get in return for the second conveyance or the first conveyance if anything?

Atty. Nicholas: Other than the discharge of the obligation that he owed to her?

Atty. Mannina: Well, he hasn't said what the discharge is or what the obligation was. When you conveyed the property did she give you any money, by check, money or money order?

Mr. Montalvo: No.

TRUSTEE: How much money did you owe your mother, sir?

Mr. Montalvo: **I'm not exactly sure how much I owed her**, I owed her a lot of money she's always helped me with child support when I was in arrears. Uh ..she helped me buy the first house so If I didn't keep it up it would've been hers anyway um.. the second house she helped me buy that one when I got divorce.

TRUSTEE: Salem Street property?

Mr. Montalvo: Yes.

TRUSTEE: So when you say she helped you buy the first property, she helped you buy the second she gave you cash?

Mr. Montalvo: She gave me money, cash money.

TRUSTEE: For a down payment?

Mr. Montalvo: Yes.

TRUSTEE: So how much did she give you?

Mr. Montalvo: And I needed to fix the house and she gave me the money towards that.

TRUSTEE: In cash?

Mr. Montalvo: I've never sat and said, " Okay mom thanks for the $100 here's the…"

Atty. Nicholas: The question was it in cash or did she give you a check, or did she…

Mr. Montalvo: **In cash.**

11

TRUSTEE: She gave you cash?

Mr. Montalvo: Yes.

TRUSTEE: Okay. So how did you know when you conveyed the property to your mother that you satisfactory paid back the debt you owed to her?

Mr. Montalvo: Cause when... I already had the house in Fitchburg. She had the house in Leominster. I said, "Mom, I'm refinancing this house. I think I have enough money to take care of my problems. Would it be satisfactory for you just to take that house?" She was going to move there, to that house. Her doctor said with her ailments she cannot stay in cold climates, so she moved to Arizona. She's planning on buying a house in Arizona with the pro...whatever money she made from the sale of...

TRUSTEE: The sale of the Pleasant Street property?

Mr. Montalvo: The (inaudible) yes.

TRUSTEE: Okay. So my question is, does your mother know how much she gave you? Would she be able to tell the court how much money you owed her when you transferred the property to her?

Mr. Montalvo: I'm not sure if she can, maybe.

TRUSTEE: Was it $10,000?

Mr. Montalvo: It was over that.

TRUSTEE: $20,000?

Mr. Montalvo: I'm not sure, I never said okay, listen if I needed to buy a vehicle mom and she would help me with that. If I needed help with insurance she would help me with that. Child support she would always be there to help me.

TRUSTEE: So it was $100 here, $100 there or was there a large lump sum?

Mr. Montalvo: It was when the houses were bought.

TRUSTEE: Okay. So how much was it when the house was bought?

Mr. Montalvo: I'm not quite sure. Cause it's been years since she's been helping me out. I can't....

12

TRUSTEE: And were those gifts or did your mother expect you to pay her when she gave you those lumps of money?

Mr. Montalvo: I would imagine I would have to pay her at one point when I had it, so this house was part hers. I said "Here, I can repay you back this way, it's the only way I know how to pay you back."

TRUSTEE: Alright, thank you. Mr. Mannina.

Atty. Mannina: At the time of the second transfer to your mother, do you recall speaking with me on the phone prior to that.

Mr. Montalvo: Umm, I'm not sure.

Atty. Mannina: Well let me ask you this. Isn't it true that the day before, that you transferred your mother to the property on the second occasion I called you and advised you (inaudible) attach that property?

Mr. Montalvo: The house in Fitchburg? Yes you did.

Atty. Mannina: Okay. I called you and told you ....

Mr. Montalvo: I don't know when it was. I don't know if it was in a letter, I don't know if it was an attorney who gave me the note....I don't know how it was but I remember seeing something about some sort of attachment on Fitchburg, which there is an attachment on the Fitchburg house.

Atty. Mannina: But what I specifically asked, do you remember speaking with me the day before you transferred the property to your mother the second time about how (inaudible) attach the property?

Atty. Nicholas: I think he's already said he doesn't remember when he had any conversation with you.

Atty. Mannina: Did any of the transfers to your mother have anything to do with the underlying suits that Ms. Rodriguez filed against you?

Mr. Montalvo: No. I don't believe so.

Atty. Mannina: I guess I'm asking under oath for you to answer, did any of the transfers have anything to do with the underlying suits that Ms. Rodriguez filed against you?

Mr Montalvo: It was a divorce decree that had to be dealt with at the time. I had to give her..convey...I had to take my ex-wife's name off of that property.

13

Mr. Montalvo: I had what?

Atty. Mannina: In 2003 did you owe your ex-wife any money in child support?

Mr. Montalvo: Yes.

Atty. Mannina: Okay.

TRUSTEE:    How much did you owe her in 2003?

Mr. Montalvo: I don't know how much I owed her in 2003. They have an inaccurate amount right now of $8,000 which is already been paid off. Because I've been on Social Security and they gave her arrears on that.

Atty. Mannina: In 2003 you owed her some money in child support is that correct? Back child support.

Mr. Montalvo: I owed her child support prior to that, caught up you know and then I'm not sure how much it was that I owed.

Atty. Mannina: Okay.

Mr. Montalvo: Like I said it's now inaccurate, it says now that I owe something like $8,000 which it should be $0.

Atty. Mannina: But you owed something?

Mr. Montalvo: I'm not sure.

Atty. Mannina: So it's your testimony that you don't know if you owed her back child support last year?

Mr. Montalvo: Back in last year I'm not sure.

Atty. Mannina: Did you have any other outstanding debts last year?

Mr. Montalvo: Credit cards.

Atty. Mannina: So you had credit card debts last year? Any thing else you can remember now?

Mr. Montalvo: What do you mean now?

Atty. Mannina: At this moment, now do you remember any other debts you may have had last year, outstanding debts?

16

Mr. Montalvo: Mortgages.

Atty. Mannina: The credit card debt.

Mr. Montalvo: Mortgage, credit card debt.

Atty. Mannina: Okay. Estimate, what your outstanding debt was with the credit cards last year?

Mr. Montalvo: Which credit card are we talking about?

Atty. Mannina: Any credit cards. Was it a few thousands, tens of thousands?

Mr. Montalvo: What does that mean?

Atty. Mannina: **How much money did you owe in credit card debts? I'm asking for last year 2003. How much money you owed on your credit cards?**

Atty. Nicholas: Let me ask a quick question, **Bank One $4,000 and change?**

Mr. Montalvo: Yup

Atty. Nicholas: To about the same time to about the same amount last year?

Mr. Montalvo: I don't know if…I don't think it was that much last year.

Atty. Nicholas: **Citi Cards $22,000?**

Mr. Montalvo: Yup

Atty. Nicholas: Any idea how much you owed last year?

Mr. Montalvo: No I don't.

Atty. Mannina: Okay, that's fine.

Atty. Nicholas: Grafton Credit Union, any idea how much last year?

Mr. Montalvo: No I don't.

Atty. Nicholas: Okay. That's it with the credit cards over $1,000.

Atty. Mannina: And in 2003, did you have any involvement with Mt. Pleasant Street property, did you talk to the tenants, did you collect the rents, did you do any maintenance work?

17

Mr. Montalvo: Yes it is.

Atty. Mannina: Okay. So was there anybody in Massachusetts who was overseeing again the maintenance, collection of the rent, or anything to do with that property?

Mr. Montalvo: Collecting, I told you that I would take the money and I would give it to her.

Atty. Mannina: Okay, so just to clarify even after the property was transferred to your mother you collected the rent and gave the rent to your mother?

Mr. Montalvo: Yes.

Atty. Mannina: Okay. I was a little unclear. So you collected the rent and continued to give it to your mother even after she owned the property. That's what your saying?

Mr. Montalvo: Yes.

Atty. Mannina: Okay. And if there was any maintenance work that needed to be done, who did that, after your mother became the owner? If there was a stuffed toilet, if there was a leak?

Mr. Montalvo: It would be contracted out.

Atty. Mannina: Who did they call, who would the tenants call to inform about a problem like that? Who would they call?

Mr. Montalvo: They would either call her or they would call me.

Atty. Mannina: Okay. Does your mother speak English?

Mr. Montalvo: Not too much.

Atty. Mannina: Okay. Did the tenants speak... her native language was Spanish?

Mr. Montalvo: Yes.

Atty. Mannina: Did the tenants speak Spanish who were living there when she became the owner?

Mr. Montalvo: Yes.

Atty. Mannina: They do? All the tenants of the property spoke Spanish?

19

Mr. Montalvo: The first floor spoke Spanish, second floor spoke Spanish.

Atty. Mannina: What about the other floor?

Mr. Montalvo: There's only two floors.

Atty. Mannina: Okay.

Mr. Montalvo: And the other tenant, I would translate.

Atty. Mannina: Okay. So… but in order to communicate, you'd have to be involved in communications between the tenant and your mother about the property?

Mr. Montalvo: That's what I'm saying.

TRUSTEE: Are you done?

Atty. Mannina: Yes.

TRUSTEE: Alright. Mr. Montalvo do you have any IRA, pension plan, profit sharing plan, retirement plan, 401K?

Mr. Montalvo: No.

TRUSTEE: Who is Ted Lapis? And why does he owe you $13,000?

Mr. Montalvo: When I refinanced the house, I was going into business with Lapis and it didn't go through.

TRUSTEE: Why does he owe you $13,000?

Mr. Montalvo: Because he's paying me back some of the money that I had put into the business.

TRUSTEE: Is he paying you now?

Mr. Montalvo: Yes.

TRUSTEE: How much does he pay you?

Mr. Montalvo: $1,000 a month.

Atty. Nicholas: It's a scheduled (inaudible).

TRUSTEE: Okay. Do you own a car, sir?

20

TRUSTEE: Velucia?

Mr. Montalvo: 800

TRUSTEE: Okay. Let's look it up.

Mr. Montalvo: You asked me how I get around, my girlfriend.

TRUSTEE: Okay. So someone drives you when you need to go some place?

Mr. Montalvo: Now I'm just starting to drive again and using her vehicle.

TRUSTEE: Okay. Have you filed all the tax returns that you're required to file, sir?

Mr. Montalvo: No I haven't.

TRUSTEE: What tax years are you missing?

Mr. Montalvo: '01 I think. It's '01, '02 and '03 or maybe '02, '03.

TRUSTEE: Okay. And would that be both federal and state?

Mr. Montalvo: Yes.

Ruth Peterson: (inaudible) for the state not filing 2002 and 2003 we do have a return and payment for 2001

Mr. Montalvo: Okay, '02, '03.

TRUSTEE: When are those going to be filed?

Mr. Montalvo: Very soon.

TRUSTEE: Did you have income in 2002?

Mr. Montalvo: I don't believe so… I was working at the time, I think with the properties. I had loses with that.

TRUSTEE: Okay. And in 2003 did you have any income?

Mr. Montalvo: Same as that a lot of loses there with uh Mr. Mannina over here…

TRUSTEE: Alright. What were you using the credit cards for $22,000 balance for Citi Bank, $5,000 on Bank One?

Mr. Montalvo: A lot of it was uh…part of it was uh attorney fees going for Mr. Mannina.

22

I, BLANCA DAVIAU, LEGAL SECRETARY OF LEGAL ASSISTANCE CORPORATION OF CENTRAL MASSACHUSETTS LOCATED AT 405 MAIN STREET, 4TH FLOOR, WORCESTER, MASSACHUSETTS, DO HEREBY CERTIFY UNDER THE PAINS AND PENALTIES OF PERJURY, THAT I TRANSCRIBED THE ABOVE CAPTIONED PROCEEDINGS TO THE BEST OF MY KNOWLEDGE, SKILLS AND ABILITY, FROM UNITED STATES BANKRUPTCY COURT TAPE RECORDINGS OF 11 U.S.C. § 341, MEETING OF CREDITORS HEARING, DECEMBER 10, 2004, AND THAT SUCH TRANSCRIPTION IS A TRUE AND ACCURATE TRANSCRIPTION.

Date: 5/13/05

_____
BLANCA DAVIAU

Sworn and subscribed to before me this 13th day of May, 2005.

_____
NOTARY PUBLIC

My Commission Expires: 3/11/07