United States District Court
District of Massachusetts

|  |  |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR MONTALVO and CARMEN SOLIS,<br><br>    Defendants. | Civil Action No.<br>04-40224-NMG |

**PRELIMINARY INJUNCTION**

For the reasons set forth in this Court's Memorandum and Order entered herewith, defendants Victor Montalvo and Carmen Solis are hereby preliminarily enjoined, pending a final determination of this action, as follows:

1) the defendants shall not withdraw, transfer, spend, lend, liquidate, or otherwise dispose of or encumber up to $75,000 of the proceeds from the mortgage or sale of the real property located at 30 Mount Pleasant Avenue, Leominster, Massachusetts ("the Property");

2) any and all of said proceeds which remain in the possession of either defendant or their joint possession, up to $75,000, shall forthwith be deposited into an escrow account to be held by the Clerk of this Court pending final resolution of this case; and

3) if less than $75,000 of said proceeds are deposited in the escrow account referred to in subparagraph 2), defendant, Carmen Solis, shall, within 14 days of the date of this Order, file an affidavit setting forth an accounting of exactly how and when any of the proceeds from the mortgage or sale of the Property were expended or disposed of.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated June 2, 2005