UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40224-NMG

|  |  |
|---|---|
| MARIA RODRIGUEZ, Individually And as Administratrix of the Estate Of Jose Rodriguez, <br> Plaintiff <br><br> v. <br><br> VICTOR MONTALVO and CARMEN SOLIS <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

### SUPPLEMENTAL AFFIDAVIT OF VICTOR MONTALVO

I, Victor Montalvo, do hereby depose and state the following:

1.  My mother, Carmen Solis, does not speak or read English. On June 13, 2005, my mother's attorney, Attorney Vowles, had a phone conference with my mother, during which Attorney Vowles asked my mother various questions for purposes of preparing a supplemental affidavit in this matter. I translated Attorney Vowles' questions for my mother and my mother's responses for Attorney Vowles. I understand that Attorney Vowles prepared my mother's affidavit based on this phone conversation, and then faxed a draft of the affidavit to my mother on June 14, 2005. On June 14, 2005, I spoke to my mother over the phone, translated the affidavit to her and confirmed that it was accurate. My mother then signed the affidavit and faxed the signature page to Attorney Vowles.

Signed under the pains and penalties of perjury on this __ day of June, 2005.

_____
Victor Montalvo

1