SCANNED

DATE

BY:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40224-NMG

)
MARIA RODRIGUEZ, Individually )
And as Administratrix of the Estate )
Of Jose Rodriguez, )
      Plaintiff )
)
v. )
)
VICTOR MONTALVO and )
CARMEN SOLIS )
      Defendants )
)

**SUPPLEMENTAL AFFIDAVIT OF CARMEN SOLIS**

I, Carmen Solis, do hereby depose and state the following:

1. I am submitting this affidavit in response to the Court's June 2, 2005 Order.

2. I am depositing with the Court a check for $60,183. This is my best estimate of the moneys remaining from the sale proceeds of the property located at 30 Mount Pleasant Avenue, Leominster, Massachusetts (the "Property.") This money is held in my savings account at Washington Mutual. Over time, however, I have added additional moneys to this account, so it is hard for me to separate the sale proceeds from my other moneys.

3. As requested by the Court the following is an accounting of what was done with the remaining proceeds:

| | |
|---|---|
| Radio/stereo set | $400 |
| Taxi, airfare and travel from New York to Arizona | $500 |
| Clothing | $500 |
| Moving Expenses (movers, packers and | $5,000 |

1

|              |          |
|--------------|----------|
| transport)   |          |
| Living Room Set | $3,000 |
| Kitchen Set  | $2,000   |
| Vacation     | $2,000   |
| **TOTAL**    | $13,400  |

4. I also paid some of my attorneys' fees (to date, $3,500) from the Washington Mutual account, but I cannot separate out what I paid from the sale proceeds versus my other moneys because the moneys were commingled.

5. I am currently in the process of moving and have boxes packed. It is therefore difficult for me to recover any receipts that I may have remaining from the above purchases. I intend to check those boxes when I unpack from my move, and will provide my lawyer with any receipts that I do have.

Signed under the pains and penalties of perjury on this ___ day of June, 2005 (after translation by Victor Montalvo.)

*Carmen L Solis*
Carmen Solis