UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez <br><br> Plaintiff, <br><br> v. <br><br> VICTOR MONTALVO and CARMEN SOLIS <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 04-40224-NMG |

## PLAINTIFF'S MOTION TO STRIKE JURY DEMAND

Plaintiff Maria Rodriguez, through counsel, hereby requests this Court to strike

Defendant Carmen Solis' jury demand on the ground that Plaintiff's claims are inherently

equitable in nature and therefore do not implicate the Seventh Amendment. Plaintiff has

submitted a Memorandum of Reasons in support of this motion.

In accordance with Local Rule 7.1, Plaintiff's attorneys notified counsel for Defendant

Solis of their intent to file this motion, and attempted to contact her to confer and resolve the

issue. Plaintiff's attorneys were unable to reach counsel for Defendant Solis, making this motion

necessary.

PLAINTIFF
By her attorneys,

Jonathan L. Mannina, BBO # 636492

Dated: 6/17/05

Mia C. Kim, BBO # 600935
Legal Assistance Corp. of Central Mass.

1

405 Main Street
Worcester, MA  01608
Tel: (508) 752-3718
Fax: (508) 752-5918

CERTIFICATE OF SERVICE

I, Mia C. Kim, attorney for the Plaintiff, hereby certify that I have on this 17 day of June, 2005, mailed the within, postage prepaid, to Defendant Victor Montalvo, 47 Salem Street, Fitchburg, Massachusetts 01420, and to counsel for Defendant Carmen Solis, Janie Lanza Vowles, Roncone Law Offices, P.C., 142 Main Street, Leominster, MA 01453.

Mia C. Kim, Esq.

2