UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40224-NMG

)
MARIA RODRIGUEZ, Individually )
And as Administratrix of the Estate )
Of Jose Rodriguez, )
      Plaintiff )
)
v. )
)
VICTOR MONTALVO and )
CARMEN SOLIS )
      Defendants )
)

**ASSENTED-TO MOTION OF DEFENDANT CARMEN SOLIS
TO EXTEND TIME TO FILE OPPOSITION TO
PLAINTIFF'S MOTION TO STRIKE JURY DEMAND**

Defendant Carmen Solis respectfully requests that this Court extend the time by which Defendant must file her opposition to Plaintiff's Motion To Strike Jury Demand. As grounds for her request, Defendant states the following:

1. Plaintiff filed her Motion To Strike Jury Demand on June 17, 2005.

2. Pursuant to Local Rule 7.1(B)(2), Defendant's opposition to Plaintiff's Motion is to be filed on or before July 1, 2005.

3. Counsel for Plaintiff and Defendant are discussing a possible resolution of this matter.

4. It will be more efficient for the parties and Court to allow the parties time to explore the possibility of resolving this matter before additional fees and expenses are incurred through litigation.

5. Accordingly, Defendant requests a two-week extension, up to and including July 15, 2005, of the time by which she must file an opposition to Plaintiff's Motion.

6. Plaintiff's counsel has indicated that he assents to the above-requested extension.

WHEREFORE, Defendant Carmen Solis respectfully request that this Court extend the time by which Defendant must file her opposition to Plaintiff's Motion To Strike Jury Demand up to and including July 15, 2005.

CARMEN SOLIS,

By her Attorney,

_____
Janie Lanza Vowles
BBO# 637022
RONCONE LAW OFFICES
142 Main Street
Leominster, MA 01453
(978) 534-2444

Dated: July 1, 2005

### CERTIFICATE OF SERVICE

I hereby certify the foregoing was served upon counsel of record via regular mail on July 1, 2005.

_____
Janie Lanza Vowles