UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MONTALVO and CARMEN SOLIS<br><br>Defendants. | CIVIL ACTION NO.<br>04-40224-NMG |

JOINT MOTION TO RELEASE FUNDS

Plaintiff Maria Rodriguez and Defendant Carmen Solis, through counsel, hereby respectfully request the Court to enter an Order directing the Clerk's Office to release the funds currently being held in escrow, as described more fully below. In support of this Motion, the parties state as follows:

1. In or about October 2004, Plaintiff initiated this fraudulent transfer action against Defendants Carmen Solis and Victor Montalvo.

2. On or about June 2, 2005, the Court granted Plaintiff's Motion for Preliminary Injunction and ordered that any proceeds from the sale or mortgage of the real property located at 30 Mt. Pleasant Avenue, Leominster, MA which remain in the possession of the Defendants, up to $75,000, be deposited into an escrow account to be held by the Clerk of the Court.

3. On or about June 17, 2005, Defendant Solis deposited $60,183.00 with the Clerk of the Court.

1

4. On or about September 13, 2005, this Court entered an order approving a Consent Order and Settlement Agreement in connection with this action and a related fair housing case, C.A. No. 02-40139-NMG. Under the terms of the agreement, Plaintiff Rodriguez was entitled to receive a total of $30,000 -- $8,000 of which would come from an insurance company and the remaining $22,000 of which would come from Defendants Solis and Montalvo (the exact amount depending on the amount of proceeds, if any, generated from a land sale that Defendant Montalvo was planning on consummating). Pursuant to its terms, the agreement, in order to be fully binding, also needed to be approved by the bankruptcy court in connection with Mr. Montalvo's ongoing Chapter 13 bankruptcy case, Case No. 04-46323-JBR.

5. By Order dated September 27, 2005, the bankruptcy court (Rosenthal, J.) declined to approve the agreement and instead dismissed Mr. Montalvo's bankruptcy case.

6. Following the bankruptcy court's dismissal order, the parties executed a new agreement which provided for a payment of the same $30,000 to Plaintiff Rodriguez. See Release and Settlement Agreement, attached hereto as Exhibit A. Under the terms of this new agreement, payments will be made by the insurance company and Ms. Solis alone, with no provision for Mr. Montalvo making any out-of-pocket payment.

7. In light of the above, Plaintiff Rodriguez and Defendant Solis respectfully request the Court to enter an Order directing the Clerk of the Court to (i) disburse $22,000.00 to Legal Assistance Corporation of Central Massachusetts, 405 Main Street, Worcester, Massachusetts 01608, as counsel for Maria Rodriguez, and (ii) disburse the balance of the amount being held in escrow to Roncone Law Offices, P.C., 142 Main Street, Leominster, Massachusetts 01453, as counsel for Carmen Solis.

8. Upon receipt of the settlement funds referenced above and a separate release from Defendant Montalvo (as provided in the new agreement), counsel for Ms. Rodriguez will prepare and file a stipulation of dismissal with prejudice in C.A. 02-40139 and C.A. 04-40224.

WHEREFORE, Plaintiff Maria Rodriguez and Defendant Carmen Solis respectfully request the Court (a) to grant this Joint Motion to Release Funds, (b) to enter an Order directing the Clerk to disburse the funds currently being held in escrow, as set forth in paragraph 7 of this Motion, and (c) to provide any other relief that is just under the circumstances.

| DEFENDANT SOLIS | PLAINTIFF RODRIGUEZ |
| --- | --- |
| By her attorney, | By her attorney, |
| | |
| Janie Lanza Vowles, BBO#637022 | Jonathan L. Mannina, BBO # 636492 |
| Roncone Law Offices, P.C. | Sergio E. Carvajal, BBO#645276 |
| 142 Main Street | Mia C. Kim, BBO#600935 |
| Leominster, MA 01453 | Legal Assistance. Corp. of Central Mass. |
| Tel. (978) 534-2444 | 405 Main Street |
| Fax. (978) 840-6000 | Worcester, MA 01608 |
| | Tel: (508) 752-3718 |
| | Fax: (508) 752-5918 |
| Dated: 10/21/2005 | Dated: 10/27/05 |

### CERTIFICATE OF SERVICE

I, Jonathan L. Mannina, attorney for the Plaintiff, hereby certify that I have on this 27 day of October, 2005, mailed the within, postage prepaid, to Defendant Victor Montalvo, 47 Salem Street, Fitchburg, Massachusetts 01420, and to counsel for Defendant Carmen Solis, Janie Lanza Vowles, Roncone Law Offices, P.C., 142 Main Street, Leominster, MA 01453.

Jonathan L. Mannina, Esq.