EXHIBIT A

## RELEASE AND SETTLEMENT AGREEMENT

NOW THEREFORE AND IN CONSIDERATION of the mutual promises of the parties to this Release and Settlement Agreement (hereinafter referred to as "Release") contained herein, and the payment by defendant Carmen Solis to plaintiff Maria Rodriguez of the sum of twenty two thousand dollars ($22,000.00), plaintiff Maria Rodriguez, for herself, her heirs, executors, administrators, successors and assigns, and defendants Carmen Solis and Victor Montalvo, for themselves, their heirs, executors, administrators, successors and assigns, agents, employees and former employees do hereby agree, except as necessary to enforce the terms of this Release, to mutually and fully release each other from all grievances, suits, causes of action, and claims of any nature whatsoever, whether known or unknown, including but not limited to, those claims asserted by plaintiff against defendants in Civil Action No.: 02-40139 and Civil Action No.: 04-40224, and all claims for damages (both compensatory and punitive), costs, and attorney's fees which were or could have been at issue in those proceedings and which are based on actions, facts or occurrences prior to the date of this Release. It is Expressly agreed and understood that this release is a general mutual release.

As part of the resolution of this matter, defendant Victor Montalvo will sign a separate release to Union Mutual Fire Insurance Company (the "Company"), in a form acceptable to the Company, and will forward said document to Rodriguez's counsel for delivery to the Company. The parties understand and agree that upon receipt of this separate release to the Company, the Company will pay plaintiff Maria Rodriguez an additional eight thousand dollars ($8,000.00), in addition to the monies being paid by defendant Carmen Solis to plaintiff Maria Rodriguez, as described above.

To the extent that defendant Carmen Solis intends to pay the settlement amount of $22,000.00 from the monies presently being held in escrow by the Clerk of the U.S. District Court, the parties will jointly request the District Court to (i) disburse $22,000 to Legal Assistance Corp. of Central Mass., 405 Main Street, Worcester, MA 01608, as counsel for Maria Rodriguez, and (ii) disburse the balance of the amount being held in escrow to Roncone Law Offices, P.C., 142 Main Street, Leominster, MA 01453, as counsel for Carmen Solis.

Upon receipt of the settlement funds and the separate release to the Company as described above, plaintiff will prepare and file a stipulation of dismissal with prejudice in C.A. 02-40139 and C.A. 04-40224, acceptable in form to the plaintiff and defendants, and/or take any other actions necessary to dismiss and/or close these two cases as to defendants.

Plaintiff and defendants affirm that the only consideration for signing this Full and Final Release of Claims are the terms stated herein. Plaintiff and defendants have accepted the terms of this Release because they believe it to be a fair and reasonable settlement and for no other reason. This Release contains and constitutes the entire understanding and agreement between the parties respecting the subject matter contained

therein and this Release supersedes and cancels all previous negotiations, agreements, commitments and writings in connection with this case. No statements other than those that are recited in this Release are binding on the parties.

Plaintiff and defendants have fully discussed the terms of this Release with the counsel of their choosing and have fully reviewed with counsel their claims against one another. Based upon discussions with counsel, plaintiff and defendant hereby acknowledge that they understand the terms of this Release.

The undersigned plaintiff and defendants further state that they have carefully read the foregoing Release, understand the contents thereof, freely and voluntarily assent to all the terms and conditions thereof, and sign their names as their own free act.

WITNESS my hand and seal this _____ day of _____, 2005.

Signed and sworn to before    MARIA RODRIGUEZ
me this ___ day of _____,
2005

_____
Notary Public
My commission expires:

AROSE W. NIELSEN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 10, 2010

Signed and sworn to before    CARMEN SOLIS
me this _____ day of _____,
2005

_____
Notary Public
My commission expires:

Signed and sworn to before    VICTOR MONTALVO
me this _____ day of _____,
2005

_____
Notary Public
My commission expires:

therein and this Release supersedes and cancels all previous negotiations, agreements, commitments and writings in connection with this case. No statements other than those that are recited in this Release are binding on the parties.

Plaintiff and defendants have fully discussed the terms of this Release with the counsel of their choosing and have fully reviewed with counsel their claims against one another. Based upon discussions with counsel, plaintiff and defendant hereby acknowledge that they understand the terms of this Release.

The undersigned plaintiff and defendants further state that they have carefully read the foregoing Release, understand the contents thereof, freely and voluntarily assent to all the terms and conditions thereof, and sign their names as their own free act.

WITNESS my hand and seal this ___ day of _____, 2005.

Signed and sworn to before                    MARIA RODRIGUEZ
me this ___ day of _____,
2005

_____              _____
Notary Public
My commission expires:

> AROSE W. NIELSEN
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> September 10, 2010

Signed and sworn to before                    CARMEN SOLIS
me this ___ day of _____,
2005

_____              _____
Notary Public
My commission expires:

Signed and sworn to before                    VICTOR MONTALVO
me this /3 day of _____,
2005

_____              _____
Notary Public
My commission expires: