UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA RODRIGUEZ, Individually and as Administratrix of the Estate of Jose Rodriguez<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MONTALVO and CARMEN SOLIS<br><br>Defendants. | CIVIL ACTION NO.<br>04-40224-NMG |

## STIPULATION OF DISMISSAL

The parties who have appeared in the above-entitled action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all of the claims be dismissed with prejudice and without costs to any of the parties, with all rights of appeal waived.

| DEFENDANT SOLIS<br>By her attorney, | PLAINTIFF RODRIGUEZ<br>By her attorney, |
|---|---|
| /s/ Janie Lanza Vowles<br>Janie Lanza Vowles, BBO#637022<br>Roncone Law Offices, P.C.<br>142 Main Street<br>Leominster, MA 01453<br>Tel. (978) 534-2444<br>Fax. (978) 840-6000<br><br>Dated: February 27, 2006 | /s/ Jonathan L. Mannina<br>Jonathan L. Mannina, BBO # 636492<br>Legal Assistance Corp. of Central Mass.<br>405 Main Street<br>Worcester, MA 01608<br>Tel. (508) 752-3718<br>Fax. (508) 752-5918<br><br>Dated: February 27, 2006 |

1

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non registered participants on February 27, 2006.

<u>/s/ Jonathan L. Mannina</u>
Jonathan L. Mannina, BBO # 636492
Legal Assistance Corp. of Central Mass.
405 Main Street
Worcester, MA  01608
Tel. (508) 752-3718
Fax. (508) 752-5918